MARTIN P. ERAMO
A Professional Law Corporation
34184 Pacific Coast Highway, Ste. C
Dana Point, CA 92629
(949) 494-9999
Attorney Bar No. 079031
mperamo@aol.com

Attorney for Defendants
Baldev Jhita, Darshan Jhita and
Horseshoe Bar Investors, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONNA DUGO | ) Case No. 8:17-cv-002113-JLS-DFM |
| | ) |
| Plaintiff, | ) DEFENDANT'S EVIDENTIARY |
| | ) SHOWING RE CORRECTION AND/OR |
| vs. | ) LACK OF VIOLATIONS AS IDENTIFIED |
| | ) BY PLAINTIFF |
| ALISO VIEJO FLORIST, A business form unknown; HORSESHOE BAR INVESTORS, LLC, a California Limited Liability Company; and DOES 1 through 10 inclusive | ) ) ) ) ) ) |
| | ) |
| Defendants | ) |

TO THE HONORABLE JOSEPHINE L. STATON, JUDGE OF THE UNITED STATES DISTRICT COURT AND TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:

Pursuant to the Court's order for early mediation, dated January 13, 2018, Defendant Horseshoe Bar Investors, LLC, the owner of Aliso Viejo Plaza and Defendants Baldev Jhita and Darshan Jhita, the owners of of Aliso Viejo Florist, submit the attached CASp inspection report, marked as Exhibit "A," entitled "Report of Certified Access Specialist Re:

Correction and/or Lack of Violations Identified by Plaintiff."

Said report was prepared by Karen O. Haney, (CASp-017) a principal of Compliance Design Consultants. Ms Haney Karen O. Haney, the Principal of Compliance Design Consultants, has been a disabled access consultant since 1992, She is certified by the State of California, Division of the State Architect as a Certified Access Specialist (CASp). She is also certified by the International Code Counsel as an Accessibility Inspector / Plans Examiner.

DATED: March 4, 2018

                                                 s/s   Martin P. Eramo
                                                 Attorney for Defendants
                                                 Baldev Jhita, Darshan Jhita and
                                                 Horseshoe Bar Investors, LLC



# COMPLIANCE DESIGN CONSULTANTS

AMERICANS WITH DISABILITIES ACT & CA TITLE 24 ACCESS CONSULTING

# REPORT OF CERTIFIED ACCESS SPECIALIST RE: CORRECTION AND/ OR LACK OF VIOLATIONS IDENTIFIED BY PLAINTIFF

*Prepared for:*

LAW OFFICES OF MARTIN P. ERAMO

**DONNA DUGO V. ALISO VIEJO FLORIST, HORSESHOE BAR INVESTORS, LLC ET AL.**

## ALISO VIEJO FLORIST

26880 La Paz Road
Aliso Viejo • California

February 22, 2018

Prepared by: Karen O. Haney, CASp-017

*Karen O. Haney*

901 Dover Drive, Suite 237 • Newport Beach, California 92660
(949) 646-3756 • Fax (949) 650-5179 • www.compliancedesign.com



EXHIBIT A-1

# Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
## Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Location:** Accessible Parking Stall - Near 26880 La Paz Road - Aliso Viejo Florist

**Violation Identified by Plaintiff:** "Instead of having level disabled parking spaces on the property, Defendants have: a built up curb ramp connecting the accessible parking space to accessible pathway, leading to the entrance (section 406)"

**Present Condition:** The accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist is level with 2.083% maximum slope in any direction.

A compliant inset curb ramp is provided at the head of the accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist. The curb ramp does not project into the accessible parking stall or access aisle.



EXHIBIT A-2

# Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
## Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Location:** Accessible Parking Stall - Near 26880 La Paz Road - Aliso Viejo Florist

**Violation Identified by Plaintiff:** "Instead of having level disabled parking spaces on the property, Defendants have: a curb ramp which projects into accessible parking space access zones (section 406.5). The excessive slope exacerbates the danger to the Plaintiff of slipping, tipping and falling; the curb ramp projects into the accessible parking space in violation of Section 406.5"

**Present Condition:** The accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist is level with 2.083% maximum slope in any direction.

A compliant inset curb ramp is provided at the head of the accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist. The curb ramp does not project into the accessible parking stall or access aisle.

EXHIBIT A-3

# Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
## Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Location:** Accessible Parking Stall - Near 26880 La Paz Road - Aliso Viejo Florist

**Violation Identified by Plaintiff:** *"Instead of having level disabled parking spaces on the property, Defendants have: there is no zero curb connecting the purported accessible parking spaces to the accessible pathway to the accessible business entrance, in violation of Section 406. There also exists cross-slopes on the built-up curb ramp in excess of 2%"*

**Present Condition:** The accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist is level with 2.083% maximum slope in any direction.

A compliant inset curb ramp is provided at the head of the accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist. The curb ramp does not project into the accessible parking stall or access aisle.


EXHIBIT A-4

# Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
## Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Location:** Accessible Parking Stall - Near 26880 La Paz Road - Aliso Viejo Florist

**Violation Identified by Plaintiff:** "The uneven parking space and access aisle and built up ramp, pose a trip hazard, crash or fall over hazard"

**Present Condition:** The accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist is level with 2.083% maximum slope in any direction.

A compliant inset curb ramp is provided at the head of the accessible parking stall most directly serving 26880 La Paz Road - Aliso Viejo Florist. The curb ramp does not project into the accessible parking stall or access aisle.

EXHIBIT A-5

# Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
## Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Location:** 26880 La Paz Rd - Aliso Viejo Florist - Interior Sales Aisles

**Violation Identified by Plaintiff:** *There are no compliant aisles in the Business for the disabled in accordance with the specification of the ADAAG, including any compliant pathway to the restroom"*

**Present Condition:** The interior of the florist is an open area with no aisles. There is a display table located in the center of the space. The clear width of the interior route on each side of the table is 51" - 52".

There is not a public restroom available to customers in this tenant space. As such the violation regarding the lack of "any compliant pathway to the restroom" is not accurate, applicable or valid.

EXHIBIT A-6

# Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
## Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Parking Location:** 26880 La Paz Rd - Aliso Viejo Florist - Single Accessible Stall - PRESENT CONDITION




### ACCESSIBLE PARKING DATA

| Criterion | Value | Criterion | Value |
|---|---|---|---|
| Stall Slope (2.083% max.) | 0.9 - 1.9 | Sign Height (60" min. aff to bottom of sign or 80" min. to bottom of sign if sign within an accessible route) | 80 1/2 post |
| Stall Width (108" min. CL to CL or 144" min CL to CL if universal van) | 116 | Sign Type (Std. Or Van) | Std |
| Access Aisle Width (60" std or 96" van CL to CL or 60" van if stall is 144" min. wide) | 60 | Sign Reflectorized ? (Yes) | Yes |
| Access Aisle Loc. (Passenger if van stall, either if std stall) | Pass | Signage reads "Minimum Fine $250 " below the ISA (Yes) | Yes |
| Stall Length (216" min.) | 216 | Pass Behind ? (No) | No |
| Access Aisle - Bordered in blue w/ cross-hatch at 36" max. on center & contrasts with access aisle surface | 36 | On Shortest Route ? (Yes) | yes |
| Surface ISA (36" x 36" min.) | OK | Wheel Stop necessary only if needed to prevent vehicle overhang into path of travel (Yes) | OK |
| Surface ISA location (CL of ISA is 6" max from CL of parking stall & lower edge aligns with end of parking stall length) | OK | A marked crossing is provided if the accessible route crosses a vehicular way (suggested) | N/A |
| "No Parking" painted in access aisle in 12" min. high white letters (Yes) | Yes | Accessible parking stall vertical clearance (98" min) | OK |

CODE REFERENCES (ADAS: 208, 502/ CA Title 24: 11B-208, 502)

**Present Condition:**
- The accessible parking stall complies with 2010 ADA Standards for Accessible Design (ADAS) Section 502, as required.
- The accessible parking stall complies with Chapter 11B of the 2016 California Building Code, Title 24, Part 2 (CBC) Section 11B-502, as required.



EXHIBIT A-7

Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

Curb Ramp Location: 26880 La Paz Rd - Aliso Viejo Florist - Curb Ramp At Single Accessible Stall - PRESENT CONDITION



**CURB RAMP DATA**

| | | | |
|---|---|---|---|
| Inset Curb Cut ? (yes) | Yes | Top Landing Depth (48" min) | 74" + |
| Slope Range (8.33% max.) | 7.0 - 7.7 | Top Landing Slope (2.083% max.) | 1.6 - 1.9 |
| Cross-slope (2.083% max.) | 0.4 - 1.1 | Bottom Landing % (5.0% max.) | 1.1 |
| Side Flare (10.0% max.) | 7.7 - 8.2 | Lip (Flush) | Flush |
| Width (48" min.) | 48 | 12" Grooved Borders? (Yes) | Yes |
| Turning space at parallel curb ramps is 48" x 48" min with 2.083% slope (Yes) | N/A | Detectable warning color contrasts visually with adjacent surfaces (Yes) | Yes |
| Surface is stable, firm and slip resistant | Yes | Detectable warnings 36" deep x full | Yes |

CODE REFERENCES (ADAS: 406 / CA Title 24: 11B-247.1.2.2, 406, 705)

Present Condition:
- The curb ramp complies with 2010 ADA Standards for Accessible Design (ADAS) Section 406, as required.
- The curb ramp complies with Chapter 11B of the 2016 California Building Code, Title 24, Part 2 (CBC) Section 11B-406, as required.



EXHIBIT A-8

Compliance Design Consultants
901 Dover Dr., Ste 237 • Newport Beach, CA 92660 • T (949) 646-3756

7

Report of Certified Access Specialist RE: Correction and/or Lack Of Violations Identified by Plaintiff
Donna Dugo v. Aliso Viejo Florist, Horseshoe Bar Investors, LLC et al.

**Interior Route Location:** 26880 La Paz Rd - Aliso Viejo Florist - Interior Sales Aisles - PRESENT CONDITION




### INTERIOR ROUTE DATA

| | | | |
|---|---|---|---|
| Aisle Width - serving one side (36" min.) | N/A | Slope (5.0% max.) | < 5% |
| Aisle Width - serving two sides (44" min.) | 51" - 52" on either side of central display table | Cross-slope (2.083% max.) | < 2.083% |
| Corridor Width (36" min if occupant load < 10, 44" if occupant load 10+) | N/A | Protruding Object (27" - 80" - proj. 4" max) | N/A |
| Corridor Length > 200' long (60" min wide, or 60 x 60 passing space every 200') | N/A | Appears Slip Resistant ? (yes) | Yes |
| Changes in Level ( < 1/2") | flush | Carpet securely attached with firm backing and 1/2" max. pile height (Yes) | N/A |
| Vertical Clearance (80" min.) | > 80" | Additional Comments: | There is not a public restroom available to customers in this tenant space. |

CODE REFERENCES (ADAS: 206, 301-304, 402-403 / CA Title 24: 11B-206, 301-304, 402-403)

**Present Condition:**
- The interior route complies with 2010 ADA Standards for Accessible Design (ADAS) Section 402, as required.
- The interior route complies with Chapter 11B of the 2016 California Building Code, Title 24, Part 2 (CBC) Section 11B-402, as required.

EXHIBIT A-9

# CERTIFICATE OF SERVICE

Pursuant to F. R. C. P. Rule 5, I, am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is:

34184 Pacific Coast Highway, Suite C, Dana Point, CA 92629

On March 4, 2018, I served the within: DEFENDANT'S EVIDENTIARY SHOWING RE CORRECTION AND/OR LACK OF VIOLATIONS AS IDENTIFIED BY PLAINTIFF OBJECTION TO PLAINTIFF'S STATEMENT OF THE CASE on the interested party (s) in this action as follows:

Manning Law, APC

[X]   By CM/ECF Electronic Filing (USDC): I caused such document to be sent electronically to the Court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on March 4, 2018, at Dana Point, California.

I declare under penalty of perjury that I am a member of the bar for the United States District Court for the Central District of California, and that the foregoing is true and correct.

/s/   Martin P. Eramo
      Martin P. Eramo